IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:14-cv-212
)
N & K MECHANICAL, INC., )
)
Defendant. )

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 19, 2014, in response to Plaintiffs' motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendant has not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that judgment is entered in favor of the plaintiffs the Board of Trustees of the Sheet Metal Workers' National Pension Fund, the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Board of Trustees of the National Energy Management Institute Committee, and the Board of Trustees of the

Sheet Metal Occupational Health Institute Trust Fund in the amount of $25,784.77, which includes contributions of $13,443.71, interest of $844.69, liquidated damages of $2,688.33, late fees of $1,597.61, audit fees of $434.36, and legal fees and costs of $6,774.07.

Alexandria, Virginia
June  2 , 2014

/s/
Claude M. Hilton
United States District Judge